FILED 09 JUN 15 11:08 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

KOURTNEY LOE,

        **Plaintiff,**

        v.                                Civil No.: 09-78-TC

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        **Defendant.**

## FINDINGS AND RECOMMENDATION

Plaintiff was allow two extensions of time to submit an application to proceed in forma pauperis in this action. Following the lapse of the second extension of time plaintiff was advised that a failure to make a filing in this matter by June 4, 2009, may result in the dismissal of this action for failure to prosecute and failure to follow a court order. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: June 15th, 2009.

                                            _____
                                            United States Magistrate Judge